# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING:     HONORABLE
Case No.                                  : Court Reporter:
                                          : Interpreter:
..............................................
Plaintiff(s)                              : Defendant(s)
                                          :
                                          :
                                          :
                                          :
                                          :
                                          :
                                          :
...............................................................................................................................
Plaintiff(s) Counsel:

Defendant(s) Counsel:

Issues before the Court:
Motion(s) for Ruling:                              Ruling     /    Ruling Reserved
...............................................................................................................................
                                                   :
                                                   :
                                                   :
                                                   :
                                                   :
...............................................................................................................................
Proceedings:




Time Start:
Time End:
Date:                                       Deputy Clerk

FILED 8/16/2004 4:46:50 PM, USDC, Southern District of Iowa