UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT   DIVISION

FILED
DES MOINES, IOWA
2004 AUG 16  AM 11: 27
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

CHALLENGE SHEET

CIVIL NO. 3:02-cv-10109

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff(s) vs.

DIAL CORPORATION, Defendant(s).

| NAME | COUNTY | |
|---|---|---|
| 1. Michael Carey | Des Moines | |
| 2. Norma McQueen | University Park | |
| 3. ~~Coleen Deets~~ | ~~Polk City~~ | Defendant 3 |
| 4. ~~Janice Roller~~ | ~~Grinnell~~ | Plaintiff 3 |
| 5. Amy Hatter | Melbourne | |
| 6. ~~Kathryn Fish~~ | ~~Des Moines~~ | Defendant #2 |
| 7. ~~Janet McDermott~~ | ~~Jefferson~~ | Plaintiff #2 |
| 8. Sandra Brown | Knoxville | |
| 9. Amber Young | Des Moines | |
| 10. Robert Almendinger | Pleasant Hill | |
| 11. ~~Teresa Vance~~ | ~~Mitchellville~~ | Defendant #1 |
| 12. Hans Schroeder | W. Des Moines | |
| 13. William Blanchard | Perry | |
| 14. Todd Hays | Des Moines | |
| 15. ~~Chiawei Chang~~ | ~~Ames~~ π 1 | Plaintiff #1 |
| 16. Gary Allen | Winterset | |
| 17. Jacqueline Jensen | Ankeny | |
| 18. Tammy Sleep | Grimes | |