IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

FILED
AUG 23 2004
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL NO. 3-02-CV-10109 |
| vs. | ) ) | VERDICT FORMS |
| DIAL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

### INTERROGATORY NO. 1

Did Dial engage in a pattern or practice of intentional discrimination against female job applicants, as submitted in Instruction No. 12 ?

YES _X_   NO ___

_Amy J. Halter_
FOREPERSON

Proceed to Interrogatory No. 2 only if you answered "Yes" to Interrogatory No. 1. If your answer to the above Interrogatory is "No," do not answer any more Interrogatories.

### INTERROGATORY NO. 2

If you answered "Yes," to Interrogatory No. 1, beginning on what date do you find that Dail engaged in a pattern or practice of intentional discrimination against female job applicants?

_April 2001_
DATE

_Amy J. Halter_
FOREPERSON

INTERROGATORY NO. 3

Has the EEOC established that punitive damages should be assessed against Dial as submitted in Instruction No. _18_ ?

        YES _____    NO _X_

                      _Amy J. Halter_
                      FOREPERSON

Proceed to Interrogatory No. 4 only if you answered "Yes" to Interrogatory No. 3. If your answer to Interrogatory No. 3 is "No," do not answer any more Interrogatories.

INTERROGATORY NO. 4

State the amount of punitive damages to be assessed against Dial.

                      $_____

                      _____
                      FOREPERSON