**FILED**

**AUG 25 2004**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOW

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
| Plaintiff, | ) | CIVIL NO. 3-02-CV-10109 |
| vs. | ) | VERDICT FORM |
| DIAL CORPORATION, | ) | |
| Defendant. | ) | |

INTERORROGATORY NO. 5

We, the jury, find the following individuals suffered damages as a direct result of not being employed by Dial in the amounts listed below. (State the amount or, if you find that plaintiff's damages do not have a monetary value, write in the nominal amount of One Dollar ($1.00)).

A. Crystal Capps/Guzman - $ 5,000

B. Angela Elder - $ 5,000

C. Lena Keppel - $ $1.00

D. Tiffany Smith - $ $1.00

E. Karen Sperry - $ 5,000

F. Kimberly Walker - $ 5,000

G. Sharon Harriman - $ 5,000

H. Paula Smeltzer - $ $1.00

I. Cheri Vanderlip - $ 5,000

Dated: Aug. 25, 2004

_Amy J. Halter_
FOREPERSON