101

1                    C E R T I F I C A T E

2         I, the undersigned, a Certified Shorthand Reporter of

3    the State of Iowa, do hereby certify that I acted as the

4    official court reporter at the hearing in the above-entitled

5    matter at the time and place indicated.

6         That I took in shorthand all of the proceedings had at

7    the said time and place, and that said shorthand notes were

8    reduced to typewriting under my direction and supervision, and

9    that the foregoing typewritten pages are a full and complete

10   transcript of the shorthand notes so taken.

11        Dated at Des Moines, Iowa, this 17th day of September,

12   2004.

13

14

15

16              *Jackie M Sennott*

17       CERTIFIED SHORTHAND REPORTER

18

19

20

21

22

23

24

25