UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

      Plaintiff                            JUDGMENT IN A CIVIL CASE

v

                                          CASE NUMBER:

      Defendant

      JURY VERDICT . This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

      DECISION BY COURT. This action came to before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Date:                                               CLERK, U.S. DISTRICT COURT

                                              _____

                                              By: Deputy Clerk